724

## Commonwealth v. Shindler, Appellant.

Submitted September 11, 1972. *Thomas S. McCready*, Public Defender, for appellant; *John Deutsch*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Singleton, Appellant.

Submitted September 19, 1972. *Neil Leibman*, for appellant; *J. David Bean* and *Stewart J. Greenleaf*, Assistant District Attorneys, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Order affirmed.